INTERBORO INDUSTRIALS, INC., Appellant, v. ABRAHAM H. EICHER, Doing Business as HARLEM CHEMICAL COMPANY, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ANNA E. PROVOST, Appellant, v. DANIEL E. PROVOST, Respondent.— No opinion. Settle order on notice. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

MARION DICKERMAN, Individually and as Trustee under an Agreement of Consolidation between DALTON SCHOOLS, INC., and TODHUNTER SCHOOL, Appellant, v. HELEN PARKHURST et al., Respondents.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

THE PEOPLE OF THE STATE OF NEW YORK ex rel. ALBERT Z. STANDIK, Appellant, against HARRY T. ASHWORTH, as Warden of the Penitentiary of the City of New York, Respondent.— No opinion. Present — Martin, P. J., Townley, Untermyer, Cohn and Callahan, JJ.

ERNESTA MORRIS v. CONSOLIDATED EDISON COMPANY OF NEW YORK, INC.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

B. H. KRUEGER, INC., v. HEARN DEPARTMENT STORES, INC.— Present — Martin, P. J., Townley, Glennon, Cohn and Callahan, JJ.; Glennon, J., taking no part.

ROBITZEK INVESTING CO., INC., v. COLONIAL BEACON OIL COMPANY.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

30 EAST 72ND STREET REALTY CORPORATION v. JENNIE D. CARDOZO et al., as Executors of WILLIAM B. CARDOZO, Deceased.— Present — Martin, P. J., Untermyer, Dore, Cohn and Callahan, JJ.

BROADCAST MUSIC, INC., et al. v. DEEMS TAYLOR, as President of American Society of Composers, Authors and Publishers, Impleaded with Others.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., taking no part.

In the Matter of GEORGE PERPENTE against PAUL MOSS, as Commissioner of Licenses of the City of New York.— Present — Martin, P. J., Townley, Glennon, Untermyer and Dore, JJ.; Glennon, J., taking no part.